JS-6

# United States District Court
# Central District of California

MICHEL GABAY,

    Plaintiff,

  v.

FORD MOTOR COMPANY, et al.,

    Defendants.

Case No. CV 20-09499-VAP-JPRx

**ORDER OF DISMISSAL**

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT will retain jurisdiction for a period of ninety (90) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated:  August 25, 2021

                                    VIRGINIA A. PHILLIPS
                                    United States District Judge